FILED
SEP 1 8 2019
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

RECEIVED

SEP 1 8 2019

BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

Dustin Patrick Curtis
2004069940

)
)
)
)
)
)

*(Write the full name of the plaintiff in this action. Include prisoner registration number.)*

v. Judge Ted House
Casey Brooks
Circuit Court of St. Charles
State of Missouri

)
)
)
)
)
)
)

**4:19CV02597 NAB**

Plaintiff Requests Trial by Jury

[X] Yes     [ ] No

*(Write the full name of each defendant. The caption must include the names of all of the parties. Fed. R. Civ. P. 10(a). Merely listing one party and writing "et al." is insufficient. Attach additional sheets if necessary.)*

)
)
)
)
)
)

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an application to proceed without prepayment of fees and costs.*

I.     The Parties to this Complaint

A.     The Plaintiff

Name: Dustin Patrick Curtis

Other names you have used: _____

Prisoner Registration Number: 2004069940

Current Institution: St. Charles County Correction Center
301 North 2nd St
St. Charles, MO 63301

Indicate your prisoner status:

☒ Pretrial detainee           ☐ Convicted and sentenced state prisoner

☐ Civilly committed detainee   ☐ Convicted and sentenced federal prisoner

☐ Immigration detainee        ☐ Other (explain): _____

B.     The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

Defendant 1

Name: Ted House

Job or Title: Judge

Badge/Shield Number: _____

Employer: St. Charles County Circuit Court

Address: 300 North 2nd St. St. Charles, MO 63301

☒ Individual Capacity        ☒ Official Capacity

2

Defendant 3
Name: St. Charles County
Job or title: Ciruit Court
Badge/Shield Number:
Employer: State of Missouri
Address: 300 North 2nd St. St. Charles, MO 63301
 ☒ Individual Capacity          ☒ Official Capacity
Defendant 4
Name: State of Missouri
Job or title: State
Badge/Shield Number:
Employer: United States
Address:

Defendant 2

Name: Casey Brooks

Job or Title: Procator Attorney

Badge/Shield Number: _____

Employer: St. Charles County Circuit Court.

Address: 300 North 2nd St. Charles, MO 63301

☒ Individual Capacity        ☒ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the FACTS that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1.     What happened to you?
2.     When did it happen?
3.     Where did it happen?
4.     What injuries did you suffer?
5.     What did each defendant personally do, or fail to do, to harm you?

① On Jan 04, 2019 I filed a motion with St. Charles County and the State of Missouri in the Court Room of Judge Ted House. Exibt A Here Attahed is a Copy of the Motion. And pursuant to Section 545.780 RSMO. and the Sixth Amendment to the United States Constitution the Court Clerk set my trial for July 03, 2019. And you can See on Casenet is when my trial was set for.
② Casey Brooks put in a Motion to denie my fast and speedy trial.
③ Exibt B, I also put in a Motion for release for violating

3

my fast and speedy trial

④ Judge Ted House has violated my 6th Amendment of the United States Constitution, and Section 545,780 RSMO. and my 14th Amendment of the United States Constitution, Bill of Rights, Section 18(a) of the Missouri Constitution and much much more if you read exibit B.

⑤ The Judge Ted House knowingly failed to release me after the supreme law of the land was violated.

⑥ My life, and liberty is being suffer by Judge Ted House, State of Missouri, St. Charles Circuit Court, Casey Brooks for all violating the law of the land and keeping me in custody.

⑦ Wherefore I pray and Respectfully Request you grant this Request and hold them accountable for breaking the supreme law of the land and my United States Constitutional Rights.

## III.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My life, liberty of cureal and anusall punushment.

4

## IV.    Relief

State briefly and precisely what you want the Court to do for you.  Do not make legal arguments.
Do not cite any cases or statutes.  If you are requesting money damages, include the amounts of
any actual damages and/or punitive damages you are claiming.  Explain why you believe you are
entitled to recover those damages.

$1,000,000.00 for keeping me illegally kidnapped

## V.    Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action
shall be brought with respect to prison conditions under section 1983 of this title, or any other
Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such
administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed
if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other
correctional facility?

☒ Yes          ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the
time of the events giving rise to your claim(s):

St. Charles Correctional Center

B.    Does the jail, prison or other correctional facility where your claim(s) arose have
a grievance procedure?

☒ Yes          ☐ No          ☐ Do not know

C.    If yes, does the grievance procedure at the jail, prison or other correctional facility
where your claim(s) arose cover some or all of your claims?

☒ Yes          ☐ No          ☐ Do not know

5

If yes, which claim(s)?

states in exibit A, B

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes          ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes          ☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

St. Charles Ciruit Court Clerk

2.    What did you claim in your grievance? (*Attach a copy of your grievance, if available*)

attached is a copy of both

3.    What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

The Judge grant the first one exibit A and set a trial Date but failed to let me go after they violated the 2nd exibit B and not let me go and dismiss my charges

6

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I filed both motions

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.   To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

☐ Yes        ☒ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes        ☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.   Parties to the previous lawsuit

Plaintiff _____

Defendant(s) _____

2.   Court (*if federal court, name the district; if state court, name the state and county*)

3.   Docket or case number _____

4.   Name of Judge assigned to your case _____

8

5.      Approximate date of filing lawsuit _____

6.      Is the case still pending?

      ☐ Yes

      ☐ No (*If no, give the approximate date of disposition*):_____

7.      What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C.      Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

      ☒ Yes        ☐ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.      Parties to the previous lawsuit

      Plaintiff _Nichols_____

      Defendant(s) _Cutts_____

2.      Court (*if federal court, name the district; if state court, name the state and county*)

      United States District Court
      Eastern District Court
      111 S. Tenth St
      St. Louis, MO 63102

3.      Docket or case number _4:19-CV-01216-JAR_____

4.      Name of Judge assigned to your case _____

5.      Approximate date of filing lawsuit _____

6.    Is the case still pending?

☒ Yes

☐ No  (*If no, give the approximate date of disposition*): _____

7.    What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 14th day of Sept, 20 19.

Signature of Plaintiff _____

Dustin Patrick Curtis

10