

Exibit

A

STATE OF MISSOURI )

) S.S. XXX-XX-1135

COUNTY OF St. CHARLES )

IN THE ASSOCIATE CIRCUIT COURT OF THE COUNTY OF ST. CHARLES. STATE OF MISSOURI

STATE OF MISSOURI

HALINA WINDER

PLAINTIFF, )

)

VS. ) Cause No 1811-CR00257-01

DUSTIN PATRICK CURTIS )

)

DEFENDANT. )

**FILED**

JAN 04 2019

CIRCUIT CLERK
ST CHARLES COUNTY

## REQUEST FOR SPEEDY TRIAL

Comes now Defendant and announces ready for trial, and, pursuant to Section 545.780 RSMO. and the Sixth Amendment to the United States Constitution, respectfully requests a speedy trial in the above-captioned cause.

pg 1 of 2

Respectfully Submitted
Dustin Patrick Curtis
Dustin Patrick Curtis
Defendant

Subscribed and sworn before me, this __21__
day of __December__, __2018__, a Notary Public,
in and for __Lincoln__ _____ County,
State of __Missouri__ _____.

_____
(Signature)
NOTARY PUBLIC
My Commission expires __June 21, 2019__

SCOTT WATTELET
Notary Public - Notary Seal
State of Missouri
Commissioned for Lincoln County
My Commission Expires: June 21, 2019
Commission Number 15063613

pg 2 of 2