

Exibit

B

STATE OF MISSOURI

) S.S. XXX-XX-1135

COUNTY OF ST. CHARLES

IN THE ASSOCIATE CIRUIT COURT OF THE
COUNTY OF ST. CHARLES
STATE OF MISSOURI

STATE OF MISSOURI

)

PLAINTIFF, )

vs.                                    ) Cause No. 1811-CR00257-01

DUSTIN PATRICK CURTIS )

DEFENDANT. )

## MOTION TO DISMISS FOR FAILURE TO TRY DEFENDANT WITHIN HIS SIXTH AMENDMENT RIGHT THROUGH THE UNITED STATES CONSTITUTION, "SPEEDY TRIAL"

Comes now Defendant, and respectfully requests that this Honorable Court put in an Order to Dismiss Charges in above-captioned cause and Release Defendant, for violation of the Defendants sixth amendment right through the United States Constitution and pursuant to Section 545.780 RSMO. In support of this motion, I the Defendant States the following;

1) While in custody at St. Charles County Jail, Defendant sent a Request for Speedy Trial to the prosecuting attorney of St. Charles County, and to the Circuit Court of St. Charles, having jurisdiction over these charges, Requesting for Speedy Trial pursuant to Section 545.780 RSMO., and the Sixth Amendment to the United States Constitution.

2) Defendant's Request for Speedy Trial was mailed to the court by mail, return receipt requested, and was signed for by a Clerk of the Court on Jan. 04, 2019. (A copy of the receipt is attached hereto).

3) Section 545.780 RSMO. - If defendant announces that he is ready for trial and files a request for a speedy trial, then the court shall set the case for trial as soon as reasonably possible thereafter.

4) The Constitution of the United States of America; Articles in addition to, and amendment of, the Constitution of the United States of America, Proposed by Congress, and ratifed by the several States, Pursuant to the fifth article of the original Constitution.

A) Amendment VI (1791) - In all criminal prosecutions, the accused shall enjoy the "right" to a "speedy and public trial", by an impartial jury of the State and district wherein the crime shal have been committed, which district shall have been previous ascertained by law, and to be informed of the nature and cause of the process for obtaining witnesses in his favor

pg 2 of 23

and to have the Assistance of Counsel for his defense.

B) My name is Dustin Patrick Curtis, born May, 5th, 1987, S.S. XXX-XX-1135, I am a citizen of the United States of America, Resident of Missouri, and all of these Rights, laws are Constitutionally protected entitlements due to me the Defendant.

C) Constitution of Missouri, Bill of Rights, Section 18(a). Rights of accused in criminal prosecutions.- That in criminal prosecutions the accused shall have the right to appear and defend, in person and by counsel; to demand the nature and cause of the accusation; to meet the witnesses against him face to face; to have process to compel the attendance of witnesses in his behalf; and a speedy public trial by an impartial jury of the county. Source: Const. of 1875, Art. II, Sec. 22.

D) The Defendant has a "Right to a speedy and public trial." Most state and federal jurisdictions have by statute fixed a time period within which a criminal case must be brought. If the prosecutor exceeds the time limit, the accused may not be tried.

E) The Sixth amendment guarantees the right to "a speedy trial."

pg. 3 of 23

F) The time limit is up for the prosecution to bring me to trial is up. I the Defendant put to the motion for "Request for Speed Trial". It is my right and the time is up. Dismiss charges and Release Defend

G) Lifted from a 1937 case arising in the different context of defining when the Bill of Rights applies to the states, this Palko test-named after Palko v. Connecticut, 302 U.S. 319-declares that a right is "fundamental" if it is "Deeply rooted in this Nation's history and tradition." and "Implicit in the concept of ordered liberty." such that "niether liberty nor justice would exist if (the right) were sacrificed." (It's my right to a speedy trial and I properly filed the motion correctly, No way is a false opinion going to out way my Constitutionally protected entitlement b/c a speedy trial is Deeply rooted in this Nation's history and tradition.)

H) Lochner v. New York, 198 U.S. 45 (1905). As Justice Homes's famous dissent put it, (A) constitution is not intended to embody a particular economic theory, whether of paternalism and the organic relation of the citizen to the State or laissez faire. It is made for people of fundamentally different views, and the accident of our finding certain opinions natural and familiar or naveland even sch shocking ought not to conclude our judgement upon the question of whether statutes embodying them conflict with the constitution.

I) Barker v. Wingo, 407 U.S. 514 (1972), was a United States Supreme Court case involving the Sixth Amendment to the U.S. Constitution, specifically the right of defendants in criminal cases to a speedy trial. The Court held that determinations of whether or not the right to a speedy trial has been violated must be made on a case-by-case basis, and set forth four factors to be considere in the determination. ① the legngth of delay, ② the reason for the delay, ③ the time and manner in which the defendant has asserted his right, and ④ the degree of prejudice to the defendant which the delay caused.

pg 4 of 23

J) Vermont v. Brillon, 955 A.2d 1108, 1113 (Sup. Ct. of VT, March 14, 2008). Although domestic violence is normally a misdemeanor in Vermont, Brillon was charged with an enhanced felony domestic assault and as an habitual offender; he had three prior felony convictions, and this incident was a violation of his pretrial conditions of release. Id. at 1113. Brillon was ultimately convicted and sentenced to between twelve and twenty years confinement. Id. However, before his trial, Brillon waited in jail for nearly three years, due to multiple delays. Id. On appeal, the Supreme Court of Vermont held that the delays violated his right to a speedy trial, pursuant to the Sixth Amendment of the United States Constitution.

K) Since the right to a speedy trial was only intended to protect Defendants from abuses by the government, in order for the delay to rise to the level of a Constitutional violation, the delay must be the government's fault or a general failure in the system. See id. at 25 (quoting United States v. Cadarr, 197 U.S. 475, 478 (1905).

L) Brillon argues that it is the responsibility of the government to provid representation and ensure speedy trials and that any failure to do so is appropriately attributed to them. See id. Further, Brillon points out that as an indigent defendant, he did not have the ability fire his lawyers and that the decision to replace his counsel was at the discretion of the cour See Brief for Respondent at 53 (quoting United States v. Gonzalez-Lope 548 U.S. 140 (2006); Morris v. Slappy, 461 U.S. 1 (1983).

pg 5 of 23

M) Brillon argues that the Vermont Supreme Court was correct in findin a speedy trial violation because courts frequently find that such delay result in constitutional violations. See Brief for Respondent at 40.

Specifically, Brillon points to numerous decisions finding speedy trial violations because of delays resulting from poor representation for the defendant. See id. at 39. He emphasizes those courts argument that any other courts conclusion would result in defendants having to choose between their constitutional rights to counsel and to a speedy trial. See id. (quoting Glover v. State, 817 S.W.2d 410 (Ark. 1991).

5) In the above case clause the Defendant did not go to his pre-trial Conference Held on 06/01/2018. Judge Ted House, Prosecutor-Casey Marie Brooks, Defense Attorney John Clayon Schleiffarth Knowingly conspired together to come up with a plan that caused "cruel and unusual punishment" an unreasonable delay because I would not take an of the States Plea deal, Resulting in John Clayon Schleiffarth defense Attorney putting in for a Mental Examination on 6/13/2018. So that the Judge would grant the Mental Examination, Resulting me the Defendant not able to have my Jury Trial that was set for on 6/18/18.

A) John Clayton Schleiffarth was willing to do that because I haven't paid him the $12,000.00 he wanted for the deposions he did, and he wanted another $10,000.00 for trial. Because I didn't pay him the rest of the money, he withdrew off my case. The Judge let him.

B) When I arrived at the Mental examination, I was happy to be there b/c I thought If I told her everything she would help me. I told her about a 2yrs life of my life in about an hour. I gave her to much information about my life without the factual evidence to back up what I was

pg 6 of 23

telling her. So she didn't believe that my company inspire roofing makes about one million dollars a year. So she found me not fit for trial an wrote a false opinion and said I have a Delusional Disorder. She did not have enough information to come up with her conclusion. Instead of investigating the statements I told her, she just assumed I was lying to her. After I received her report I filed with the Court my 1040's, 1099's, and bankstatements. The Judge had a choice to go with her opinion and did. The Judge had a choice to stop me f the order for me to go to the Department of Mental Health and he didn't. I knowingly and collectively put in my Motion for "Request for Speedy Trial" along with the other 56 pro se motions I filed. It is my United States Constitution Right for a speedy trial and I the Defendant filed a motion and announced I was ready for trial. I was ready for trial on 6/18/18. At the Department of Mental Health I seen was examined by Lisa Mathews and this time I was per prepared and had all the factual evidence with me. I knew all the Court proceeding in the first and second examination. This has been a huge unreasonable delay and cruel and unusual punishment I have endure from the State of Missouri, Judge Ted House, Department of Mental Health, Casey Marie Brooks, and my others that have been handling this above captioned cause. Resulting in U.S. 5th Amendment depriving me a person of my "life and liberty" violated, Violating my U.S. Sixth Amendment to a "right to speedy and public trial" Violating my U.S. Eight Amendment "Cruel and unusual punishments", Violating my 14th Amendment that outlaws states denials of "equal protection of law" and due process of law all have been violated in above caption cause.

pg 7 of 23

6) It is better that ten guilty persons escape than one innocent suffer. William Blackstone.

7) The Constitution of the United States of America.

A) Article VI para (2) This Constitution, and the Laws of the United States which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

B) Article VI para (3) - The Senator and Representatives before mentioned, and the members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affimation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States,

C) The American legal system is complicated by the existence of separate state and federal jurisdictions. Not only do these have different spheres of authority, but the states themselves are also independent jurisdictions. The division of judicial power is expressed in the U.S. Constitution which grants specific power to the federal government and reserves the remaining authority to the states. The constitution is the supreme law of the land, and no offical act, law, or judicial order may vidate it. The federal judiciary exercises significent authority over state law under the due process and equal protection clause of the Fourteeth Amendment. The Constitution also requires that the states honor the acts, laws, and judicial orders of other states under full faith and credit clau

D) The rule of law; The U.S. Constitution embodies "equal justice under law," a concept related to (but broader than) constitutional supremacy. This ideal, certainly not always realized in pratice, holds that every American should be treated the same by government officials, regardless of their race, "gender", income status, religion, or party affiliation. This commitment that America be "a nation of laws and not of men" (and women) assumes that government authorities will apply the same neutral legal priniciples in all similar cases. The commitent to equality under law has influenced many areas of Constitutional interpretation, including the body of case law preventing governments from acting arbitrarily or discriminatin on the basis of race or "gender".

E) Article VI of the Constitution made the Constitution the "Supreme Law of the Land." All federal laws and treaties, all executive and judicial orders, and all federal regulations authorized under them derive their authority from and must comply with- the U.S. Constitution. All state and local laws, regulations, and Court decisions must also comply with it. Article VI even provides that the U.S. Constitution wins out over state constitutions when they conflict.

F) "Congress can't remedy the Constitutional violation by merely passing a new statue."

G) A specific Article VI charge to State Judges to enforce Constitutional supremacy in their decisions, ignoring "any Thing in the Constitutions or of any State to the Contrary."

pg 9 of 23

H) Constitutional Supremacy; Marshall argued that judicial review was implicit in the Kind of Constitution that Americans had adopted - namely,

a "supreme paramount law" not "alterable when the legislature shall please to alter it."

I) Marshall argued that the U.S. Constitution was the "law of the land," meaning that no law or official act that violated the Constitution was unlawful; the Constitution stood as the guiding light superior to every other law. Because the U.S. Supreme Court is the final interpreter of the meaning of the Constitution, this doctrine of constitutional supremacy provided the Supreme Court with great political power. This phrase in the constitution is referred to as the Supremacy Clause.

J) Marshall spent most of his argument stating that the Constitution is supreme and that Congress may not violate it. That point is indisputable; it flows directly from the Article VI supremacy clause.

K) Cooper v. Aaron, 358 U.S. 1 (1958), Cooper concluded that the Brown v. Board of Education decision, as much as the Fourteenth Amendment it interpreted, was "the Supreme Law of the Land" binding everyone who takes an oath to support the Constitution. Presumably, Congress and the president, who take a similar oath, are also bound by Supreme Court decisions.

L) Cooper stated "the basic principle that the federal judiciary is supreme in the exposition of the law of the Constitution." Cooper reasoned that, by making the Constitution the "supreme law of the land," Article VI also makes "the interpretations enunciated by this Court... the supreme law of the land." Thus, the Court equated constitutional supremacy with judicial supremacy.

M) Judge Wright concluded in Jones v. Clinton, the president is such matters must be treated like other citizens. (So ~~if the~~ why can't I be treated like other citizens too?)

N) From the standpoint of both civil and criminal constitutional rights, the most important development has likely been extension to state and local governments of most of the "fundamental" rights expressly required of the federal government via Bill of Rights. This development dramatically expanded the reach of the U.S. Constitution and the power of federal courts in ensuring that the Constitutions protections are vital and widespread.

O) If state and federal laws overlap and conflict (e.g. certain state and federal labor laws may give rise to an inconsistency between them) State law must yield to federal law; (2) any state statute or court decision that is held to be in conflict with the U.S. Constitution is invaild and without authority as to the part that is unconstitione (Violating my the Defendants Request for Speedy Trial)

P) Unconstitutionality- The law itself may violate principles of state or federal constitutions. Statutes may ~~ablo~~ also be declared unconstitution in substance rather then procedure. A statute may be unconstitutiona "on its face," meaning that a careful reading of the statute reveals that it violates some constitutional prohibition; or statute may be unconstitutional in its effects or applications, which are more difficult to establish

Q) Preemption- The principle or doctrine that federal statues that overlap or are in conflict with state statutes will take

preference and prevail, even to the point of invalidating state statutes entirely. The question then arises as to whether the federal law preempts state law.

R) "Criminal statutes are strictly construed." This rule of construction has its source in the evolution of our criminal law, in particular, in the many rights we afford those of Crime. Out of fear of abuse of the Criminal Justice system, we have provided protection for the accused against Kangroo courts, overzealous prosecutors, and corrupt police. It is an accepted value of our legal system that the innocent must be protected even if it means that the guilty will sometimes go free.

S) The remarks, opinions, and comments in a decision that exceed the scope of issues and the rules that decide them are called dictum, pural dicta. Analytically, the way to distinguish dictum from the rule of law is to determine the legal and factual issues presented by a dispute and analyze the reasoning that leads to thier resolutio Anything outside this reasoning and the rule behind it is dictum. (Please focus on the above capition clause and all the violation in it)

T) The Judge will decide which laws are relevant to the facts as determined by the evidence presented at court. (Not opinions Please the facts and evidence I'm presenting)

U) Why give the Court the freedom to act Unconstitutionally?

8) The Constitution of the United States of America; Amendment V (1791)- No peson shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; no shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

A) U.S. Constitution Amendment XIV (1868) section 1) All person born or naturalized in the United States and of the State wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

B) Constitution State of Missouri; Bill of Rights Article I, Section 2. Promotion of general welfare-natural rights of persons-equality under the law-purpose of government. - That all constitutional government is intended to promote the general welfare of the people; that all persons have a natural right to life, liberty, the pursuit of happiness and the enjoyment of the gains of their own industry; that all persons are created equal and are entitled to equal rights and opportunity under the law; that to give security to these things is the principal office of government, and that when government does not confer this security, it fails in its

g 13 of 23

chief design. Source: Const. of 1875, Art. II, Sec. 4.

C) Const. State of Missouri, Bill of Rights Art. I, Section 4. Independence of Missouri - submission of certain amendments to Constitution of the United States. - That Missouri is a free and independent State, subject only to the Constitution of the United States; that all proposed amendments to the Constitution of the United States qualifying or affecting the individual liberties of the people or which in any wise may impair the right of local self-government belonging to the people of this state, should be submitted to conventions of the people. Source: Const. of 1875, Art II, Sec. 3. (Note, I the Defendant am a free man that is not on probation or ~~prott~~ parole).

D) Const. of State of Missouri, Bill of Rights, Section 10. Due process of law - That no person shall be deprived of life, liberty or property without due process of law. Source: Const 1875, Art. II, Sec. 30.

E) Const. of State of Missouri, Bill of Rights, Section 21. Excessive bail and fines - cruel and unusual punishment. - That excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishment inflicted. Source: Const. of 1875, Art. II Sec. 25;

F) Due process of law - A guarantee of the fifth Amendment and the Fourteenth Amendment to ~~the~~ U.S. constitution. It provides that law administered through courts of justice is equally applied to all under established rules that do not violate fundamental principles of fairness. The process that is due before government may deprive a person of life, liberty, or property.

G) The Bill of Rights (which guarantees individual liberties with respect to the federal government) doesn't literally contain an equal-protection clause. Instead, the Supreme Court has ruled that the Fifth Amendment prohibition against the federal government depriving Americans of "life, liberty, or property, without due process of law" contains an implicit equal-protection "component." This view partly reflects that later Fourteenth Amendment drafters included an explicit equal-protection clause in the same paragraph in which they required states to provide due process, this move arguably shows that due process and equal protection are related components of a broader right arbitrary government treatment. Also, it would seem illogical and bad policy for the federal government to be able to discriminate against Americans in ways the State or localities couldn't.

H) The right to equal protection can be claimed by any "person" within the jurisdiction of the government entity passing a law. The right even protects who are not citizens. And, significantly, it includes corporations and associations, which are treated as fictional "person" under law. (And, the this includes the Defendant a citizen of the U.S. Dustin Patrick Curtis).

I) Equal protection of the laws - A constitutional guaranty that specifies that every state must give equal treatment to every person who are members of the same class; this protection is a requirement of the Fourteenth Amendment.

5 of 23     J) The Constitution's fifth and Fourteenth Amendment forbid government officials from depriving persons of "life, liberty, and property without due process of law." This due-process command is used

in many different applications, but at its core it prohibits arbitrary government action.

K) When a challenger claims that a law or policy deprives their liberty or property in excess of government's basic authority to do that, the issue is substantive due process. The challenger is saying that government doesn't have an adequate basis for the deprivation (and thus can't take their life, liberty, or property) - regardless of how good the procedures are that it uses in doing so. (The defendant states that my life and liberty and property have been taken without due process of law. I was attacked, set up, and then Robbed. And, the government did not take proper due process to protect me. Unstedd there was no investigation done and discriminated against me because of my gender and my income statutes. Locked me up when I was protecting myself. Stop me from my last trial from an ~~unde~~ unreasonable delay. The government will not violate another Constitutional right of my and bully me no more. My sixth Amendment Speedy Trial. I pray that charges be dismissed in above-caption cause and release defendant.)

L) The due process clause of the Fifth and Fourteenth Amendments are important in protecting liberty interests in four ways. They require procedural protections for criminal defendants, maddate procedures before government deprive others of liberty, set ultimate limits on government power to restrict liberty, apply the Bill of Rights to state and local governments.

M) Meyer v. Nebraska, 262 U.S. 390 (1923), the Court wrote expansively that the liberty protected by the due-process clause... denotes not merely freedom from bodily restraint but also the right of the individual to contact, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, establish a home, and bring up children, to worship God according to the dictates of his own consciense, and generally to enjoy those privileges long recognized at common law as essential to the orderly pursuit of happiness by freeman.

K) Review the 57 pro se motion I filed, look at all the facts and evidence. With commen sence you will see I've been bullied by the government b/c they didn't foldow due-process of law. And, I lost my life and liberty b/c ot that and failure to grant this motion to dismiss Defendance and drop all charges will violate all the above stated.

9) The Courts also gives significant protection against discrimination to individuals.

A) Still, the broadest and most important Constitutional protections against government discrimination are the provisions in the Fifth and Fourteeth Amendments FORBIDDING governments at all levels from "denying the equal protection of the laws."

7 of 23   B) Craig v. Boren, 429 U.S. 190 (1976), the Court officially announced the intermediate scutiny standard for gender discrimination. "Gender Stereotypes"

C) Village of Arlington Heights v. Metropolitan Housing Development Corporation, 249 U.S. 252 (1977), detailed the factors that may combine with a disparate effect to ring the "purposeful discrimination" gong. "The specific sequence of events leading up to" the law or policy. "Departures from the normal procedural sequence" (which may suggest "that improper purposes are playing a role"). "Substantive departures" from the "factors usually considered important by the decision maker," "The legislative or administrative history" of the law or policy (which may suggest that discrimination was a motivating factor)

D) Frontiero v. Richardson, 411 U.S. 677 (1973), of giving gender discrimination the same strict scrutiny afforded to race and national-origin discrimination. A four justice plurality found gender discrimination similar in significant ways to race discrimination as the following excerpt from the ruling explains; There can be no doubt that our nation has had a long and unfortunate history of sex discrimation... romantic paternalism which, in practical effect, put women, not on a pedestal, but in a cage... Gender, like race, is assigned by genetics and individuals do not generally choose the characteristics flow from it.

E) Washington v. Davis, 426 U.S. 229 (1976), purposeful race or other discrimination must be inferred from "the totality of relevant facts." Davis also clarified that, although usually not the "sole touchstone" for triggering heightened scrutiny, disproportionate effect is still an important starting point in a discrimination claim.

8 of 23

F) Constitutional equal-protection rights only protect against purposeful discrimination. Intentional discrimination isn't hard to show when government draws overt racial, national origin, or gender distinctions. When government classifies neutrally and the effects are discriminatory, the challenger must Personnel Administrator v. Feeney, 442 U.S. 256 (1977), that government acted "because of" not merely in spite of (the) adverse effects on a indentifiable group." (A desire to discriminate just needs to be "a motivating factor" not the sole or primary factor).

G) The law recognizes that each of us has a right to be free of physical attack by others, to enjoy a reputation unsullied by malicious lies about our character, to enjoy our privacy.

H) From the 1st day through the above capition cause the Governments Intentional discrimination has been happing to me the Defendant. I was attacked by my girlfriend in my own home. I called the cops to report to attack. My mom made a video of me telling the police what happened. I had wounds on me, the Cops seen them, theres pics of them. Halina Winder told them a different story and instead of following due-process and equal protection. They just locked me up b/c of intentional discrimination on my gender. Resulting in Halina Winder Robbing me of all my money and property. And the government taking my freedom, liberty.

19 of 23

*) Even after a suspect has been to court, the 4th Amendment to the U.S. Const. applies to a claim that authorities are illegally holding the suspect. The U.S. Supreme Court confirmed Manuel v. City of Joliet. Judge relied upon farsified evidence to allow his continued detention.

10) The principal problem with insanity is defining it. Understanding the subjective states of the human mind is difficult even for psychologists and psychiatrists with extensive training and experience. Although some persons may be found to be insane by almost any measure, the line between sanity and insanity cannot be drawn with accuracy, yet the law requires that the line be drawn.

A) After all, people have other immutable (unchangeable) characteristics they can't control (such as age, mental and physical health, and sexual orientation) that can be the basis for seemingly unfair discrimination. (True, important federal laws and regulations protect against some of the worst form of discrimination in important areas of life. The Americans with disabilities Act protects mentally and physically handicapped people against discrimination in the public and private workplace, and in important life opportunities, such as access to public places. Still, (these statutory protections are incomplete.) Judges and other legal observers regularly call for constitutional protection against laws that, although rational in the low-level sense required call for constitutional protection against laws that, although rational in the low-level sense required by rational-basis review, still seem highly prejudicial.

B) City of Cleburne v Cleburne Living Center, 473 U.S. 432 (1985), the Court expressly declined to provide heighted scrutiny to laws discriminating against persons then called Mentally retarded. That decision should have given a

green light to the city ordinance in Cleburne, which selectively prevented group homes for the "insance or feeble-minded or alcoholics or drug addicts" from being located in certain city locations. (Although woefully over-and-under inclusive, the city's zoning law was a partial response to legitimate concerns and would normally be considered rational.) Because the Cleburne Court saw the city ordinance as ultimately reflecting only an "irrational prejudice" against the developmentally disabled, the justice invalidated the law under rational-basis review. (So in above captition cause the Defendant had a ~~flat false~~ false opinion stated against him. So your telling me in this cause the government is discriminating against me the Defendant because off one ladies opinion she stated I have a Mental defect, "Delusional Disorder" and off one ladies false opinion after I proved it false your going to ~~discrimate~~ me and not allow me my Constitutional right to a speedy trial, that seems highly illegal and unconstitutional.)

C) A competent adult has a strong liberty interest in terminating medical care, even if that ends his life earlier than it would with continued care. Cruzan v. Director, Missouri Department of Health, 497 U.S. 261 (1990). (I the Defendant in above capition cause is a compent adult, I'm not in a coma er ever had any Mental problems, I think if this guy can end his life early, I should be able to have my Constitutional Right to a speedy trial 6th Amendment granted and charges dismissed.)

1of 23

D) People's reputations can strongly affect their life and livelihood, but they can only claim due-process-protected liberty rights related to reputation.

E) An interest in preserving one's reputation is a sufficient liberty interest if the injury to a person's good name is accompanied by a "significant alteration" in their legal status or another independant injury.

F) When a government-caused impairment of a person's good name will "Seriously impair their chance to earn a living." The quote is from United States v Lovett, 328 U.S. 303 (1946).

G) When good-name impairment leads to the denial of an opportunity otherwise available under law; Wisconsin v. Constantineau, 400 U.S. 433 (1971).

H) When charges of serious misconduct impair future educational opportunities Goss v. Lopez, 419 U.S. 565 (1975).

I) When a prisoner is involuntarily transferred from a general-population prison to a Mental Hospital; In finding a protected liberty interest. Vitek v. Jones, 445 U.S. 480 (1980).

J.) Defamation (slander/libel; Going back to its English common-law roots, American law allows criminal penalties and substantial civil damages for false statements damaging an individual's reputation in his community (including his standing within his choosen profession).

K) Further, Defendant requests a hearing and opportunity to present testimony on this motion, and to have this mat considered with other similar mat---

before the Court, "as a consolidated hearing."

L) Denial of the relief here prayed will deny to Defendant his right to speedy trial, trial by jury, "violation", confrontation of witness "violation", due process of ~~too~~ law and equal protection of laws "violation", All these violation that occured to the Defendant are secured to him by Article 1 of the Constitution of the State of Missouri, and the Fourth, Fifth, Sixth, and Fourteenth Amendment of the United States Constitution, as well as the laws and court rules of the State of Missouri and the United States.

Wherefore, the Defendant prays for the Court to put in and enter an Order to Dismiss all charges in the above capition cause and release defendant from custody, and granting such other and futher relief as is just and proper in the circumstances.

Respectfully Submitted
Dustin Patrick Curtis
Dustin Patrick Curtis
Defendant.

Signed before this 27th day of June 2019
Tamera Kay Olsen

TAMERA KAY OLSON
Notary Public - Notary Seal
State of Missouri
Commissioned for Callaway County
My Commission Expires: June 05, 2022
Commission Number: 18174883